UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACCESS NO. 1:15-md-2657-FDS

## JUDGMENT

**This judgment applies to all cases listed in Appendix A**

D.J. Saylor , Chief

_____    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 6/2/2021          By  /s/  Leonardo T. Vieira
                              Deputy Clerk